Dunville et al., Appellants, *v.* Eid, Appellee.

[Cite as *Dunville v. Eid* (1992), 63 Ohio St.3d 1213.]

(No. 91–890—Submitted April 14, 1992—Decided May 20, 1992.)

*John H. Metz,* for appellants.

*Kohnen, Patton & Hunt, Ann Ruley Combs* and *Karen A. Carroll,* for appellee.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

Sweeney, Douglas, H. Brown and Resnick, JJ., concur.

Moyer, C.J., Holmes and Wright, JJ., dissent and would affirm the court of appeals with an opinion.